UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>SHEKINAH GLORY LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendant. | Case No.: 5:21-cv-05254-EJD<br><br>**ORDER** |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: _____          _____
                           HONORABLE EDWARD J. DAVILA
                           United States District Judge